IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| RONALD GUARDINO and DAVID WYNN MILLER, | ) ) | CIVIL NO. 12-00152 HG-RLP |
|---|---|---|
| Plaintiffs, | ) ) ) ) | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| vs. | ) ) | |
| UNITED-STATES-JUDGEI. [sic] IN THIS STATE IN THIS HAWAI'I TERRITORY and KIM E. WHITWORTH, | ) ) ) ) ) | |
| Defendants. | ) ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION
(Doc. 7)

Findings and Recommendation (Doc. 7) having been filed and served on all parties on March 19, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss Action and Deny Application to Proceed Without Prepayment of Fees" (Doc. 7) are adopted as the opinion and order of this Court.

IT SO ORDERED.

Dated: April 17, 2012, Honolulu, Hawaii.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge